# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

James E. Berger
Partner
Direct Dial: +1 212 556 2202
Direct Fax: +1 212 556 2222
jberger@kslaw.com

November 24, 2017

**Via ECF**

Honorable Vernon S. Broderick
United States District Court
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   *In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A. and Terra Raf Trans Traiding Ltd.*, S.D.N.Y. No. 14-MC-425 (VSB)

Dear Judge Broderick:

      We write on behalf of Petitioners in the above-referenced matter to respectfully request an adjournment of Petitioners' deadline to file an opposition to Third Party Republic of Kazakhstan's Motion to Intervene and to Quash ("Motion to Intervene") filed on October 24, 2017.

      Pursuant to this Court's order dated October 24, 2017 (ECF Doc. 12), Petitioners were directed to file an opposition to the Motion to Intervene, if any, by November 24, 2017. Due to the Thanksgiving holiday, Petitioners respectfully request a one day extension of this deadline to Monday, November 27, 2017. Counsel for Third Party Republic of Kazakhstan have consented to this request. No prior requests for an adjournment have been sought, granted or denied.

      Petitioners thank the Court for its consideration.

Respectfully submitted,

*/s/ James E. Berger*

James E. Berger